No. 04M60. D'AGOSTINO v. VER-A-FAST. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 04–8205. HARVEY v. UNITED STATES. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [543 U. S. 1138] denied.

No. 04–1173. IN RE CAUSEY; and

No. 04–9003. IN RE JONES. Petitions for writs of habeas corpus denied.

No. 04–8260. IN RE BELL-OUTLAW. Petition for writ of mandamus and/or prohibition denied.

No. 04–980. BROWN, WARDEN v. SANDERS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Questions 1 and 3 presented by the petition.

No. 03–10261. LEGRAND v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 04–280. KEBEDE v. GONZALES, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 04–693. FRANKLIN SAVINGS CORP. ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.